IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOSEPH A. CIGLER,<br>on behalf of plaintiff and all<br>others similarly situated, | )<br>)<br>) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| OCWEN LOAN SERVICING, LLC, | ) |
| | ) |
| Defendant. | ) |

2 13CV 354

## COMPLAINT – CLASS ACTION

### INTRODUCTION

1.      Plaintiff brings this action against Ocwen Loan Servicing, LLC ("Ocwen") to secure redress from unlawful collection practices.  Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### VENUE AND JURISDICTION

2.      This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

3.      Venue and personal jurisdiction in this District are proper because:

(1)      Defendant's collection communications were received by plaintiff within this District;

(2)      Defendant does or transacts business within this District.

### PARTIES

4.      Plaintiff Joseph A. Cigler is an individual who resides in a single-family home which he owns in Schererville, Indiana.

5.      Defendant Ocwen is a limited liability company chartered under Delaware law with offices at 1661 Worthington Rd., Ste. 100, West Palm Beach,  FL 33409-6493.  It does business in Indiana.  Its registered agent and office is Corporation Service Company, 251 E.

1

Ohio St., Suite 500, Indianapolis, IN 46204

6.      Ocwen is engaged in the business of servicing residential mortgage loans.

7.      As of June 30, 2012, Ocwen's loan servicing portfolio consisted of 586,563 loans with an aggregate unpaid principal balance of $94.3 billion.

8.      Many of the loans which Ocwen services are delinquent when Ocwen first becomes involved with them.

9.      Ocwen holds itself out as a "special servicer," i.e., one which has expertise in handling delinquent loans and effectively integrating them onto its servicing platform.

10.     Ocwen uses the mails and telephone system in conducting its business.

11.     Ocwen is a debt collector as defined by the FDCPA.

## FACTS

12.     Defendant has been attempting to enforce against plaintiff a residential mortgage loan entered into for personal, family or household purposes, namely, housing.

13.     On or about May 9, 2013, defendant sent plaintiff the documents attached as Exhibit A.

14.     The documents attached as Exhibit A were the first documents which defendant sent to plaintiff.

15.     On information and belief, based on their contents ("welcome you as a new customer"), the documents attached as Exhibit A are form documents intended for use as the initial documents which defendant sends to a borrower whose loan is transferred to it.

16.     On or about May 10, 2013, defendant sent plaintiff the document attached as Exhibit B.

17.     As set forth in Exhibit B, defendant claimed that plaintiff's loan was delinquent at the time of the transfer.

18.     On or about May 18, 2013, defendant sent plaintiff the document attached as Exhibit C.

2

19.     At no time did defendant provide plaintiff with the disclosures required by 15 U.S.C. §1692g.

20.     On information and belief, defendant has engaged in a pattern and practice of failing to provide borrowers whose delinquent loans defendant begins servicing the disclosures required by 15 U.S.C. §1692g.

21.     On information and belief, the failure affects certain portfolios of loans which Ocwen acquired servicing of.

## COUNT I

22.     Plaintiff incorporates paragraphs 1-21.

23.     Defendant failed to comply with 15 U.S.C. §1692g.

24.     Section 1692g provides:

**§ 1692g.  Validation of debts**

**(a) Notice of debt; contents.  Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing--**

**(1) the amount of the debt;**

**(2) the name of the creditor to whom the debt is owed;**

**(3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector;**

**(4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and**

**(5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.**

**(b) Disputed debts.  If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any**

3

portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or a copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector. Collection activities and communications that do not otherwise violate this title may continue during the 30-day period referred to in subsection (a) unless the consumer has notified the debt collector in writing that the debt, or any portion of the debt, is disputed or that the consumer requests the name and address of the original creditor. Any collection activities and communication during the 30-day period may not overshadow or be inconsistent with the disclosure of the consumer's right to dispute the debt or request the name and address of the original creditor.

(c) Admission of liability.  The failure of a consumer to dispute the validity of a debt under this section may not be construed by any court as an admission of liability by the consumer.

(d) Legal pleadings.  A communication in the form of a formal pleading in a civil action shall not be treated as an initial communication for purposes of subsection (a).

(e) Notice provisions.  The sending or delivery of any form or notice which does not relate to the collection of a debt and is expressly required by the Internal Revenue Code of 1986 [*26 USCS §§ 1* et seq.], title V of Gramm-Leach-Bliley Act [*15 USCS §§ 6801* et seq.], or any provision of Federal or State law relating to notice of data security breach or privacy, or any regulation prescribed under any such provision of law, shall not be treated as an initial communication in connection with debt collection for purposes of this section.

## CLASS ALLEGATIONS

25.     Pursuant to Fed. R. Civ.P. 23(a) and (b)(3), plaintiff brings this claim on behalf of a class.

26.     The class consists of (a) all individuals with addresses in Indiana, Illinois and Wisconsin  (b) to whom Ocwen sent documents in the form represented by Exhibit A (c) addressed to the same address as the "property address," (d) with respect to a loan that was over 30 days behind at the time Ocwen began servicing it, according to the records of Ocwen, (e) which documents were sent any time during a period beginning one year prior to the filing of this action and ending 20 days after the filing of this action (f) and which did not include (in Exhibit A or any documents sent within five days thereafter) the disclosures described in 15

4

U.S.C. §1692g.

27.     The class is so numerous that joinder of all members is not practicable.  Based on Ocwen's size, there are more than 40 class members.

28.     There are questions of law and fact common to the class members, which common questions predominate over any questions relating to individual class members.  The predominant common question is are whether defendant's form documents violate the FDCPA.

29.     Plaintiff's claim is typical of the claims of the class members.  All are based on the same factual and legal theories.

30.     Plaintiff will fairly and adequately represent the class members.  Plaintiff has retained counsel experienced in class actions and FDCPA litigation.

31.     A class action is superior for the fair and efficient adjudication of this matter, in that:

      a.     Individual actions are not economically feasible.

      b.     Members of the class are likely to be unaware of their rights;

      c.     Congress intended class actions to be the principal enforcement mechanism under the FDCPA.

WHEREFORE, the Court should enter judgment in favor of plaintiff and the class and against defendants for:

      i.     Statutory damages;

      ii.     Attorney's fees, litigation expenses and costs of suit;

      iii.     Such other and further relief as the Court deems proper.

                                   _____
                                   Daniel A. Edelman

Daniel A. Edelman
Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603-3593

(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:  courtecl@edcombs.com

## <u>NOTICE OF ASSIGNMENT</u>

   Please be advised that all rights relating to attorney's fees have been assigned to counsel.

                  _____

                  Daniel A. Edelman

T:\28820\Pleading\Complaint (WordPerfect)_Pleading.wpd

7

# EXHIBIT A



O C W E N

www.ocwen.com

May 9, 2013

**REDACTED**

Joseph A Cigler

### NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS

OCWEN LOAN #:        4298
PROPERTY ADDRESS:

Dear Borrower(s):

Ocwen Loan Servicing, LLC ("Ocwen") would like to welcome you as a new customer.  In accordance with Section 6 of the Real Estate Settlement Procedures Act ("RESPA") (12 U.S.C. Section 2605), we are informing you that effective May 7, 2013, the servicing of your mortgage loan, that is the right to collect payments from you, will be assigned, sold and/or transferred from State Bridge to Ocwen. Except in limited circumstances, the law requires that your new Servicer must send you notice no later than 15 days after this effective date.   The assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Your Prior Servicer is State Bridge.  If you have questions relating to the transfer of servicing from your Prior Servicer, please call State Bridge Customer Care Center, Monday through Friday, between 7:00 am and 8:00 pm MST at (866) 466-3360. This is a toll-free telephone number.

Your new Servicer will be Ocwen.  The business address for your new Servicer is set forth in the paragraph below.  The toll-free telephone number for your new Servicer is (800)746-2936.  If you have any questions, please contact Ocwen's Customer Care Center, Monday through Friday between 8:00 am ET to 9:00 pm ET, Saturday 8:00 am ET to 5:00 pm ET or Sunday 9:00 am ET till 9:00 pm ET.  Information concerning Ocwen and your mortgage loan may also be found online at **www.ocwen.com**.

Effective May 7, 2013 please direct your monthly mortgage payments to your new Servicer, Ocwen.   State Bridge will stop accepting payments from you on May 6, 2013.  Please send all payments due on or after that date to Ocwen at the payment address indicated below: **If you use a Bill Pay Service, you will also need to inform them of this new payment address.**

For Western Union Quick Collect users, you can find the location nearest to you by calling (800)238-5772 or visiting www.westernunion.com and clicking on "Find a Location". At the location, please pay to name "OCWEN" and provide the loan number.

| **PAYMENTS** | **CORRESPONDENCE** |
|---|---|
| **Ocwen Loan Servicing, LLC** | **Ocwen Loan servicing, LLC** |
| **P.O. Box 6440** | **Attn: Customer Care Center** |
| **Carol Stream, IL 60197-6440** | **P.O. Box 24738** |
| | **West Palm Beach, FL 33416-4738** |

Please note that payments sent to any other location will cause a delay in posting.  Payments and correspondence sent to Ocwen should include your new Ocwen Loan Number, as shown above.  For your convenience, we have included a temporary payment coupon on the other side of this letter.

Additionally, it is important to contact your insurance agency to ensure that (i) Ocwen receives proof of hazard insurance (with flood and/or windstorm coverage, as applicable) on your property and (ii) Ocwen is named as the beneficiary in the Mortgagee Clause of your policy.  If your mortgage payment includes escrow for taxes or insurance, please take the necessary steps to have all future bills forwarded to:

| **INSURANCE** | **PROPERTY TAXES** |
|---|---|
| **Ocwen  Loan Servicing, LLC** | **Ocwen Loan Servicing, LLC** |
| **ISAOA** | **Attn: Tax Department** |
| **P. O. Box 6723** | **P.O. Box 24665** |
| **Springfield, OH  45501-6723** | **West Palm Beach, FL 33416-4665** |
| | **Phone: (800)746-2936** |

You may also forward evidence of insurance or insurance bills via fax or e-mail to Ocwen:

**Toll Free Fax: (888)882-1816**                    E-mail: **updateinsuranceinfo@ocwen.com**

Should you have questions about your insurance, please feel free to call our Insurance Center toll-free at (866) 825-9265.



OCWEN

The transfer of servicing rights may affect the terms of, or the continued availability of mortgage life, disability insurance, or any other type of optional insurance. Not everyone has this type of insurance, but if you do, please be advised that it may not transfer to Ocwen Loan Servicing, LLC. However, to verify if Ocwen is able to offer any of these services, please call our Customer Care Center at (800)746-2936, during the business hours indicated above or contact an independent insurance agent for alternative coverage options.

Mortgage escrow accounts ensure that homeowners' property taxes, fire and hazard insurance premiums; mortgage insurance premiums and other escrow items are paid in a timely fashion. They are a guarantee that there is always enough money to pay these bills when they are due so that the homeowner avoids the risk of lapsed insurance coverage or delinquent taxes. If you would like to establish an escrow account with Ocwen, please call our office at (800)746-2936.

You should also be aware of the following information which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act ("RESPA") (12 U.S.C. Section 2605). During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old Servicer before its due date may not be treated by the new loan Servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA also gives you certain consumer rights. If you send a "qualified written request" to Ocwen concerning the servicing of your loan, Ocwen must provide you with a written acknowledgement within 20 business days of receipt of your request. A "qualified written request" is defined as a written correspondence, other than notice on a payment coupon or other payment medium supplied by the Servicer, which includes your name and account number and your reasons for the request. A "business day" is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions. Not later than 60 business days after receiving your request, Ocwen must make the appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-business-day period, Ocwen may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent Ocwen from initiating foreclosure if proper grounds exist under the mortgage documents. In addition, except as otherwise provided herein, we may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Section 6 of RESPA also provides for damages and costs for individuals in circumstances where servicers are shown to have violated this section. You should seek legal advice if you believe your rights have been violated.

IMPORTANT DISCLOSURES

Disclaimer Regarding Mandatory Arbitration Provisions: If your account documents require you to submit disputes regarding your account to arbitration for resolution, such requirement is waived and will not be enforced against you. Such waiver, however, does not affect any rights you may have to require arbitration of disputes regarding your account.

Credit Reporting: You are hereby notified that we may report information about your account to credit reporting agencies. Late payments, missed payments, or other defaults on your account may also be reflected on your credit report.

Properties in California: The state Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 am or after 9 pm. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason that you may not receive personals calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may not contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at (877) FTC-HELP or www.ftc.gov.

Properties in Colorado: For information about the Colorado Fair Debt Collection Practices Act, see www.ago.state.co.us/cab.htm. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency form taking any other action authorized by law to collect the debt.

Properties in Hawaii: Ocwen Loan Servicing, LLC is licensed by the Commissioner of Financial Institutions in Hawaii. Complaints and inquiries about the servicer may be submitted to the Commissioner.

Properties in Maryland: The Maryland Consumer Protection Act require us to disclose that if Ocwen fails to give written notice of this transfer or fails to make timely payments of taxes or insurance premiums (assuming the borrower has paid an amount to cover these costs) and Ocwen has received the tax bill or notice, Ocwen may face liability for any economic damages incurred by the borrower.

Properties in Minnesota: Borrowers on loans secured by property in Minnesota can direct complaints and inquiries and questions to the Ocwen Loan Servicing, LLC. Customer Care Department at 1-800-746-2936 between 8:00 a.m. and 9:00 p.m. ET, Monday through Friday, from 8:00 a.m. to 5:00 p.m. ET on Saturday, or from 9:00 a.m. to 9:00 p.m. ET on Sunday or in writing to: P.O. Box 24738, West Palm Beach, FL 33416.4738. Each written complaint or question will be responded to within 15 days.



O C W E N

Properties in New York:  Ocwen Loan Servicing, LLC is registered with the Superintendent of the New York State Department of Financial Services.  The borrower may file complaints and inquiries about Ocwen Loan Servicing, LLC with the New York State Department of Financial Services and the borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-877- BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

Properties in North Carolina:  Ocwen Loan Servicing, LLC is licensed by the North Carolina Commissioner of Banks (North Carolina Permit No. 3946) and complaints and inquiries about Ocwen Loan Servicing, LLC may be submitted to the Commissioner.

Properties in Texas: The State of Texas requires us to inform you that a registrant shall provide to the borrower of each residential mortgage loan the following notice not later than the 30th day after the registrant commences servicing the loan: Complaints and inquiries regarding the servicing of your mortgage should be sent to the Department of Savings and Mortgage Lending, 2601 N. Lamar, Suite 201, Austin, Texas 78705.   Complaint Forms and Instructions may be downloaded and printed from the Departments website located at  http://www.sml.state.tx.us or obtained from the Department upon request by mail at the address above, by telephone at its Toll-free Consumer Hotline at (877) 276-5550, by fax at (512) 475-1360, or by email at SMLInfo@SML.STATE.TX.US.

Upon receipt of this letter, please call our office at (800)746-2936 between Monday through Friday between 8:00 am to 9:00 pm ET. Saturday, 8:00 am ET to 5:00 pm ET or Sunday 9:00 am ET till 9:00 pm ET or visit our website at www.ocwen.com, which is available 24 hours a day, so that we may verify the information we received. We look forward to servicing your loan.

Sincerely,

Ocwen Loan Servicing, LLC
NMLS # 1852

Ocwen Loan Servicing, LLC is a debt collector attempting to collect a debt: any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

Prior Servicer is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.  If you are not obligated on the debt or if the debt has been discharged in a bankruptcy proceeding, this if for informational purposes only and is not an attempt to assess or collect the debt from you personally.

Attention Service Members and Dependents: The federal Service members Civil Relief Act and certain state laws provide important protection for you, including prohibiting foreclosure under most circumstances during and twelve months after the service member's military or other service.  Prior Servicer will not foreclose on the property of a service member or his or her dependent during that time, unless pursuant either to a court order or a service member's written waiver agreement.

*Please Detach below and include with your monthly payment.*

---



O C W E N

00000972620 .4444444881          ⁴4298 50 000972620

Joseph A Cigler

Account Number:    ⁴4298

☐ Check box if your contact information has changed, update on the back

| AMOUNT DUE | $ |
| Additional Principal: | $ |
| Additional Escrow: | $ |
| Other: (Please Specify) | $ |
| Total Enclosed: | $ |

OCWEN
PO BOX 6440
CAROL STREAM IL 60197-6440

Note: If your loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.
If this payment is made via automatic drafting, this statement is for informational purposes only.



O C W E N

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

## Welcome to Ocwen!
## Important Information

Welcome to Ocwen Loan Servicing, LLC (Ocwen). We have attached a few frequently asked questions as it is natural that you may have a few questions about this change and what it will mean. Please rest assured that we value your business and look forward to assisting you in the future as HELPING HOMEOWNERS IS WHAT WE DO!™

**Frequently Asked Questions:**

**What if I made a payment to my Prior Servicer, but it has not posted yet?**
Your previous Servicer will forward your payment to us within 15 business days. It may take a few days for us to receive and apply the payments, but this will not negatively impact your account or your credit report. To check on the status of your account, you may go to www.ocwen.com.

**How can I get information about my account?**
You can access Ocwen's website and/or automated telephone system which will provide you with information regarding your account 24-hours a day. These systems have been designed to provide you with the most frequently requested services or information. They may include, but are not limited to, options to obtain payment histories, a payoff or reinstatement quote, status of your credit reporting, payment options, status of tax and insurance payments, financial hardship options and frequently asked questions (FAQ). Website: www.ocwen.com. Telephone Number: (800)746-2936.

**If my account is past due and I have not made a payment arrangement with my Prior Servicer, how can I make payment arrangements or get assistance due to financial difficulties?**
We offer a number of specialized programs designed to fit your unique financial situation. Please go to www.ocwen.com , click on Mortgage Customers and then log in with your User ID and Password. If you need to create a User ID and Password select the New Customers icon. Once you log in, select the 'Financial Difficulties' icon. This will allow you to download an application package.

**If I cannot resolve my issue online, what number do I call and what are the hours?**
Ocwen's toll free number is (800)746-2936. In order to accommodate borrowers' busy schedules, we are open late at night and very early in the morning. Our hours are:
Monday through Friday - 8:00 am to 9:00 pm
Saturday- 8:00 am to 5:00 pm
Sunday – 9:00 am to 9:00 pm
All Eastern Standard Time

**If my account is current, where do I send my payments?**
Our payment processing address is:
Ocwen Loan Servicing, LLC
PO Box 6440
Carol Stream, IL 60197-6440

**I am currently on a trial modification plan and still have payments remaining before it becomes a final/permanent modification, what do I do?**
You should continue making your monthly payments as required in the modification plan. Your Prior Servicer will be providing Ocwen the status of your modification. Please allow us 30 days to review and process your information. It is not necessary to call for a status prior to 30 days as the agent will not have any additional information to provide to you.

Ocwen Loan Servicing, LLC is a debt collector attempting to collect a debt: any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.





*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

**I am currently on a trial plan for my mortgage modification, and I have made all of my trial payments. When can I expect my final/permanent modification?**
Your Prior Servicer will be providing Ocwen with the status of your modification. You should continue to make your payment each month. Our goal is to review your loan as soon as possible and provide your final modification agreement to you. Please allow up to 30 days from the date of the transfer for Ocwen to obtain and process your application documentation.

**I just submitted my modification application to the Prior Servicer, should I send this to Ocwen again?**
Your Prior Servicer will be providing Ocwen with the status of your modification application and copies of your documentation. It is not necessary to re-send the documents to Ocwen at this time. Please allow up to 30 days from the date of the account transfer for Ocwen to process your application documentation and determine your eligibility. It is not necessary to call prior to 30 days as the agent will not have any additional information to provide to you.

**I received a notice from my Prior Servicer that I was denied for the Making Home Affordable Program. I am still having financial difficulty, what can I do?**
We may still be able to help you. We offer a number of specialized programs designed to fit your situation. Please go to www.ocwen.com for more information and download an application for assistance.

**I received a notice from my Prior Servicer that they were missing documents for my modification but I have not sent them yet; do I send these documents to Ocwen now?**
Yes, please send the documents to Ocwen via e-mail at mod@ocwen.com or fax the documents to (407)737-6174. Your Prior Servicer will be providing Ocwen with the status of your modification (trial plan or initial application), copies of your initial application and information identifying the missing documentation. Please allow up to 30 days from the date you send the documentation for Ocwen to process your documentation.

**I have a Short Sale or Deed in Lieu application pending with my Prior Servicer, do I have to resend all the documentation to Ocwen now and re-apply?**
Your Prior Servicer will be providing Ocwen with the status of your pending resolution. If you have a pending foreclosure sale date or closing scheduled in the next 60 days, to expedite processing, please resend the documentation by fax to (407)737-5071. If you do not have a foreclosure sale or scheduled closing in the next 60 days, your Prior Servicer will be providing Ocwen the status of your pending resolution. Ocwen will be contacting you with a final approval or denial. Please allow Ocwen up to 30 days to process your Short Sale or Deed in Lieu application.

**I received approval from my Prior Servicer for a Short Sale or Deed in Lieu; will this approval be honored by Ocwen?**
Yes, it will be honored as long as you meet the original requirements or contingencies for approval provided by your Prior Servicer. With respect to Short Sales, please note that the original expiration date of your Prior Servicer's approval (the "good through" date) still applies and if it has expired, the approval is no longer valid. Your Prior Servicer will be providing these approval requirements to Ocwen.

**I received approval from my Prior Servicer for a Short Sale or Deed in Lieu, but the approval is going to expire shortly (or just expired) and my closing is after this day, what do I do?**
You should fax your original approval documents and an updated net sheet or HUD1 with the new projected closing date to (407)737-5071. With respect to Short Sales, please note that the original expiration date of your Prior Servicer's approval (the "good through" date) still applies. Please note, if there is a Foreclosure Sale scheduled on your account, we will not postpone the foreclosure sale.

Hopefully, we have answered some of your questions. Thank you once again for your business. We are excited to have the opportunity to work with you.

Sincerely,

Ocwen Loan Servicing, LLC
NMLS #1852

# EXHIBIT B



**Ocwen Loan Servicing, LLC**
www.ocwen.com

# REDACTED

O C W E N

NMLS #: 1852
NC Permit No. 3946
CUSTOMER CARE CENTER 1-800-746-2936
*Your call may be recorded for the coaching and development of our associates.*

**Account Statement**

| | |
|---|---|
| Account Number: | 4298 |
| Account Statement Date: | 05/10/2013 |
| Property Address: | |

BKOTH                                                                                   Page

1MB       01830/001830/001992 0008   1 ACQ936
JOSEPH A CIGLER

**Special Notices**

Reduce your financial burden when your home is impacted by a disaster or you involuntarily lose your job. Let First Protector pay your mortgage for you.  Visit www.OcwenFirstProtector.com or call **1-877-479-3947**, 8am-8pm E.T. for more information.

## Account Information

| | |
|---|---|
| * Current Principal Balance: | 115,864.37 |
| Post-Petition Interest Rate: | 9.70000% |
| Pre-Petition Interest Rate: | .00000% |
| Post-Petition Due Date: | 10/01/2012 |
| Contractual Due Date: | 12/01/2010 |
| Escrow Advance Balance: | 4,933.39 |
| Post-Petition Suspense Balance: | 96.00 |
| Interest Paid Year-To-Date: | .00 |
| Taxes Paid Year-To-Date: | .00 |
| Beginning Principal Balance: | 115,864.37 |
| Escrow Deposits/Adjustments Year-To-Date: | 4,933.39 |
| Recently Assessed Amounts: | |
| 05/07/13 Late Charge - Alt Payment Plan: | 512.68 |

*This is the principal balance only, not the amount required to pay your account in full.

## Details of Amount Due

| | |
|---|---|
| Current Post-Petition Amount Due: | |
| Principal: | 45.9 |
| Interest: | 926.7 |
| Escrow: | 5,5 |
| Current Post-Petition Amount Due by 06/01/13: | 978.1 |
| Post-Petition Past Due Amounts: | |
| Principal: | 354.1 |
| Interest: | 7,426.7 |
| Escrow: | 44.4 |
| Post-Petition Past Due Amounts DUE IMMEDIATELY | 7,825.4 |
| Post-Petition Amount Due: | 8,803.6 |
| Assessed Fees/Expense Outstanding: | |
| Info Only - Cum Late Charge - Alt Payment Plan: | 512.6 |
| Info Only - Prev-Prior Servicer Fees: | 7,807.3 |
| Total Fees/Expense Outstanding: | 8,320.0 |

## Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 04/02/13 | Escrow Account Adjustment | | | 4,933.39 | | | | | 4,933.39 |

## Important Messages About Your Account

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Due to the status of your loan, fee(s) or charge(s) have recently been added. Please review the enclosed fee description page for explanation of these and any other fee(s) or charge(s).
Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

FOLD AND
DETACH HERE

PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT - ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK

FOLD AND
DETACH HERE

Visit our website 24 hours a day at www.ocwen.com

## IMPORTANT PHONE NUMBERS

Using a touch-tone phone, you have quick and easy access to your account information by dialing 1-800-746-2936.
Your call may be recorded for the training and development of our associates.

Customer Care Center: ........ 1-800-746-2936   Monday - Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 12:00 pm to 9:00 pm ET
Tax Department: .............. 1-800-746-2936   Monday - Friday: 8:00 am to 9:00 pm, Saturday: 8:00 am to 5:00 pm and Sunday: 12:00 pm to 9:00 pm ET
Homeowners Insurance: ....... 1-866-825-9266   Monday - Friday: 9:00 am to 6:30 pm ET

### PAYMENT ADDRESS

**Ocwen Loan Servicing, LLC**

**P.O. Box 6440**

**Carol Stream, IL  60197-6440**

**Make checks payable to Ocwen Loan Servicing, LLC.
Do not send correspondence with your payment,
and ensure that your Ocwen account number, name,
and property address are written on the front of your
check or money order.**

### CORRESPONDENCE ADDRESSES

Please address all correspondence to Ocwen Loan Servicing, LLC to the attention
of the appropriate department. Be sure to include your Ocwen account number,
name and property address.

**Insurance Department** (For Providing Hazard, Property & Flood Documentation):
P.O. Box 6723, Springfield, OH 45501-6723

**Insurance Claim Department** (For the Filing & Processing of Property Insurance
Claims): P.O. Box 6501, Springfield, OH 45501

**Property Tax Department:** P.O. Box 24665, West Palm Beach, FL 33416-4665

**Research Department** (For Qualified Written Requests):
P.O. Box 24736, West Palm Beach, FL 33416-4736

**Customer Service Department** (General Inquiries or Comments):
P.O. Box 24738, West Palm Beach, FL 33416-4738

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose.*

## OCWEN FEE STRUCTURE*

| Loan Documents: | | Payments (Western Union® Speedpay®): | |
|---|---|---|---|
| Collateral (Mortgage, Note and Riders) ...................... | FREE | Website (pay before or within 5 days of due date) .............. | FREE |
| Individual documents ................................ | FREE | Website (pay 5 days or more after due date) ................... | $10.00 |
| Payment History (free on www.ocwen.com) ................ | $ 5.00 | Automated Phone System ............................... | $12.00 |
| Verification of Mortgage (free on www.ocwen.com) .............. | $10.00 | Agent Assistance ..................................... | $19.50 |
| Amortization Schedule ................................. | FREE | Returned Check Fee ................................... | up to $40.00 |

*\* These fees are subject to change and may not apply in all instances, depending upon applicable laws.*

### IMPORTANT PAYMENT REMINDERS

- To expedite the posting of your payment, you may use our Automated Phone System to pay by phone ($12.00 fee) or Ocwen's website at www.ocwencustomers.com to make a payment online ($10.00 fee). See Payment Options section for additional details.

- Avoid late charges by making payments for the exact coupon amount on or before the due date. Please allow 7 to 10 days for delivery. Postal delays will not prevent late charges for payments received after the grace period.

- To ensure prompt handling of your payment, please enclose your statement coupon with your check. The processing of your payment may be delayed if you send correspondence with your payment or if you send your payment to an address other than the address listed above.

- Payments will be posted Monday through Friday only, excluding holidays.

- If for any reason you are unable to make a payment when it is due, please contact the Customer Care Center at 1-800-746-2938 or visit our website at www.ocwencustomers.com and select the President's Foreclosure Prevention Plan link where you can download an application directly from the web if you meet the requirements.

- Ocwen Loan Servicing, LLC may report credit information to all major credit bureaus on a monthly basis. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To view the details of how your account was reported to the credit bureaus, please visit Ocwen's website at www.ocwencustomers.com.

### PAYMENT OPTIONS

**Pay by Phone** – To use our convenient Western Union® Speedpay® option, call 1-800-746-2936 and simply follow the instructions within the "Automated Phone System". These may require your bank account number and routing information available. It's a quick and easy alternative to using regular mail. Agent assistance when making payments will be more costly and time consuming. See applicable fees above.

**Pay via the Ocwen Website** – Make your payment online by simply logging into your account on www.ocwencustomers.com with your User ID and Password. If you have not yet created a User ID and Password, click on the New Customers link and you will be guided through the easy process. Once logged in to your account, select Make Payment Online which is located on the left side of the page. See applicable fees above.

**ACH (Automated Payments)** – Automatic monthly payment withdrawals can now be easily setup and managed right from our website at www.ocwencustomers.com. Payments can be automatically drafted from your bank account on a monthly basis saving you time and money!

**Pay via Western Union® Quick Collect®** – To use this payment option, you can find the location nearest to you by calling 1-800-238-5772 or visiting www.westernunion.com and clicking on "Find A Location". At the location, please pay to name "OCWEN" and provide the loan number.

**Pay via MoneyGram® ExpressPayments®** – To find the location nearest you, call 1-800-Moneygram or visit www.moneygram.com and click on "Locate MoneyGram Agent". At the agent location, please provide the clerk with your loan number, Receive Code 2355, the City Code "ORLANDO", and the State Code "FLORIDA". MoneyGram® and ExpressPayment® are registered marks of MoneyGram Payment Systems, Inc.

## IMPORTANT BANKRUPTCY INFORMATION

**If you or your account are subject to pending bankruptcy or the obligation referenced in this statement has been discharged in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt. If you have any questions regarding this statement, or do not want Ocwen to send you monthly statements in the future, please contact us at 1-888-554-6599. Bankruptcy payments from the Trustee should be mailed to Ocwen Loan Servicing, LLC, P.O. Box 24781, West Palm Beach, FL 33416-4781.**

**Concerned about making your annual property tax or insurance payments on time?
Open an escrow account and let Ocwen handle these important payments for you. Find out how to open an escrow account
at www.ocwen.com or call the Customer Care Center at 1-800-746-2936!**

OCW01CB

# EXHIBIT C



P.O. Box 6723
Springfield, OH 45501
1-866-825-9265
Fax: 888-882-1816

**REDACTED**

05/18/2013

Loan Number:          4298
Hazard Insurance: Expiration Date 05/07/2013
Property Address:

JOSEPH A CIGLER

Dear Customer:

During a recent audit of our files, it came to our attention that we did not have current hazard insurance information for your account. We must receive evidence of the continuation of your insurance coverage as soon as possible. **Please read the important information and instructions contained in this letter.**

**Your loan agreement requires you to maintain hazard insurance covering your home that is in effect at all times, in the amounts we require, and protects our interests. If you fail to maintain this insurance or fail to provide us with proof that you have insurance, or if the insurance you provide does not meet our requirements, we may purchase hazard insurance beginning from the date of lapse, based on the amount of coverage you provided on your previous insurance policy, if available, and charge you for the cost of the insurance. The cost of the insurance we purchase is likely to be much higher than the cost of the insurance you could obtain on your own.**

**The hazard insurance we obtain will supersede any lender coverage remaining in effect under your previous insurance policy. Obtaining your own insurance is in your best interest.** You have the right to purchase insurance from the insurance company of your choice. If you do not have a current policy covering your property, please contact your agent or carrier and purchase coverage.

**If you have already purchased coverage, please contact your agent or carrier and have them fax a copy of the declaration page to 1-888-882-1816, e-mail it to us at updateinsuranceinfo@ocwen.com, or it can be mailed to us at the address shown below as soon as possible.** Please make sure your policy references your Ocwen loan number, and ensure that the Mortgagee Clause on your policy reads:

> **OCWEN LOAN SERVICING, LLC**
> **ITS SUCCESSORS AND/OR ASSIGNS**
> **Attention:          4298**
> **PO BOX 6723**
> **SPRINGFIELD, OH  45501-6723**

You may also visit www.mycoverageinfo.com using a PIN number of          and provide us with your insurance information. If we do not receive evidence of insurance, we will be required to issue lender placed insurance coverage at your expense. Things to know about lender placed insurance:

**Lender placed insurance coverage**
- The Cost of the premium may be much  higher.
- The coverage provided may be  less  than before. This type of policy insures your structure only .
- **Does not** protect you against injuries that occur on your property.
- **Does not** protect your personal property. (Example, if your property were burglarized, it would not cover the stolen property.)

It is extremely important that we receive this information within 15 days from receipt of this letter. To insure prompt service, please include your Ocwen loan number on all correspondence faxed or mailed to our office.

Thank you for taking the time to help us resolve this matter. We appreciate the opportunity to serve you and look forward to meeting your mortgage needs. If you or your insurance agent have any questions or believe there is an error in our records, please call us toll free at **1-866-825-9265**, Monday through Friday between **8:30 a.m. and 9:00 p.m. Eastern Time, and one of our Customer Care Agents will be happy to assist you.**

Sincerely,

Insurance Department

If you have filed a bankruptcy case with respect to your obligation to Ocwen Loan Servicing, LLC, you should discuss this notice with your bankruptcy attorney. Whether or not you are liable for any sums advanced, will depend upon the type of bankruptcy which you have filed and whether you have reaffirmed your debt with Ocwen Loan Servicing, LLC.